IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>   Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG AUSTIN SEMICONDUCTOR, LLC,<br><br>   Defendants. | CIVIL ACTION NO. 6:21-cv-1246-ADA |

## CASE READINESS STATUS REPORT

Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, and Samsung Austin Semiconductor LLC (collectively "Samsung" unless otherwise indicated) provide the following status report in advance of the initial Case Management Conference (CMC).

## SCHEDULE

A scheduling order has not yet been filed.

## FILING AND EXTENSIONS

VoIP-Pal's Complaint was filed on November 30, 2021. There has been one extension for a total of eighty-two (82) days.

## RESPONSE TO THE COMPLAINT

On March 22, 2022, Samsung responded to VoIP-Pal's Complaint by filing an Answer. Dkt. No. 15. Samsung asserted counterclaims for non-infringement and invalidity. *Id.*

## PENDING MOTIONS

VoIP-Pal has a pending Motion to Dismiss Samsung's counterclaims.  *See* Dkt. No. 22.

## RELATED CASES IN THIS JUDICIAL DISTRICT

The following CRSR related cases are pending in this Judicial District:

- *VoIP-Pal.com, Inc. v. Huawei Technologies Co., Ltd. et al*, No. 21-cv-1247-ADA

The following cases concerning the same patents-in-suit are pending in this Judicial District:

- *VoIP-Pal.com, Inc. v. Facebook, Inc. et al*, No. 21-cv-665-ADA
- *VoIP-Pal.com, Inc. v. Google, LLC*, No. 21-cv-667-ADA
- *VoIP-Pal.com, Inc. v. Amazon.com, Inc. et al.*, No. 21-cv-668-ADA
- *VoIP-Pal.com, Inc. v. Verizon Communications, Inc. et al.*, No. 21-cv-672-ADA
- *VoIP-Pal.com, Inc. v. T-Mobile USA, Inc. et al.*, No. 21-cv-674-ADA

## IPR, CBM, AND OTHER PGR FILINGS

There are no known *inter partes* review (IPR), covered business method review (CBM), or other post grant review (PGR) filings concerning the patents-in-suit at this time.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

In its Complaint, VoIP-Pal asserts two (2) patents and alleges that at least three (3) patent claims are infringed.  VoIP-Pal reserves the right to assert additional or different patent claims in its Preliminary Infringement Contentions.  The asserted patents are U.S. Patent Nos. 8,630,234 and 10,880,721.

## APPOINTMENT OF TECHNICAL ADVISOR

VoIP-Pal does not believe a technical advisor will be necessary for this case.  VoIP-Pal and Samsung do not oppose the appointment of a technical adviser if the Court believes it will be beneficial to the Court.

## MEET AND CONFER STATUS

VoIP-Pal and Samsung met and conferred telephonically on April 18, 2022. The parties have no pre-*Markman* issues to raise at the CMC.

Dated: April 18, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Lewis E. Hudnell, III* | */s/ Neil P. Sirota (with permission)* |
| Lewis E. Hudnell, III | Syed Fareed (SBN: 24065216) |
| lewis@hudnelllaw.com | syed.fareed@bakerbotts.com |
| Nicolas S. Gikkas | BAKER BOTTS L.L.P. |
| nick@gikkaslaw.com | 98 San Jacinto Boulevard Suite 1500 |
| Hudnell Law Group P.C. | Austin, TX 78701-4078 |
| 800 W. El Camino Real Suite 180 | Tel: (512) 322-2500 |
| Mountain View, California 94040 | Fax: (512) 322-2501 |
| T: 650.564.3698 | |
| | Neil P. Sirota (admitted *pro hac vice*) |
| **ATTORNEYS FOR PLAINTIFF** | neil.sirota@bakerbotts.com |
| **VOIP-PAL.COM, INC.** | BAKER BOTTS L.L.P. |
| | 30 Rockefeller Plaza |
| | New York, NY 10112-4498 |
| | Tel: (212) 408-2500 |
| | Fax: (212) 408-2501 |
| | |
| | Mark H. Johnson (admitted *pro hac vice*) |
| | mark.johnson@bakerbotts.com |
| | Baker Botts LLP |
| | 2001 Ross Ave Suite 900 |
| | Dallas, TX 75201 |
| | Tel.: (214) 953-6845 |
| | Fax: (214) 661-4845 |
| | |
| | *Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, and Samsung Austin Semiconductor LLC* |

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing CASE READINESS STATUS REPORT via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 18th day of April, 2022.

> By: */s/Lewis E. Hudnell, III*
> Lewis E. Hudnell, III
> lewis@hudnelllaw.com
> Hudnell Law Group P.C.
> 800 W. El Camino Real Suite 180
> Mountain View, California 94040
> T: 650.564.3698
> F: 347.772.3034