IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG AUSTIN SEMICONDUCTOR, LLC <br><br> Defendants. | Civil Action No. 6:21-cv-01246-ADA <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS' MOTION TO STAY**

Before the Court is Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Austin Semiconductor, LLC's (collectively, "Samsung") Motion to Stay ("Motion"). After consideration of said Motion, the Court hereby finds that Defendants' Motion shall be GRANTED.

IT IS THEREFORE ORDERED that the Motion is GRANTED, and this action is hereby STAYED.