UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC. | § | |
| | § | |
| vs. | § | NO:  WA:21-CV-01246-ADA |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG AUSTIN SEMICONDUCTOR LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG AUSTIN SEMICONDUCTOR LLC, SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., VOIP-PAL.COM, INC. | § | |

**ORDER SETTING MOTIONS HEARING VIA ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for MOTIONS HEARING VIA ZOOM on Wednesday April 12, 2023 at 03:30 PM before the Honorable Derek T. Gilliland. The Court will hear argument on the following: ECF No. 54 - Joint Motion to Extend Scheduling Order Deadlines. The Zoom hearing may be accessed by the attorneys of record at the following link:

https://txwd-uscourts.zoomgov.com/j/1610427634?pwd=V2RpaERVTkdySGI4b2F6cTZGSWRiZz09

SIGNED this 12th day of April, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE