IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>        Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG AUSTIN SEMICONDUCTOR, LLC,<br><br>        Defendants. | CIVIL ACTION NO. 6:21-cv-1246-ADA-DTG |

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Austin Semiconductor, LLC (collectively, "Samsung") hereby stipulate to dismissal of all claims by VoIP-Pal with prejudice and dismissal of all counterclaims by Samsung without prejudice as moot, with each party to bear its own costs, expenses, and attorneys' fees.

1

Dated:  June 21, 2023

*/s/ Lewis E. Hudnell, III*

Lewis E. Hudnell, III
lewis@hudnelllaw.com
Nicolas S. Gikkas
nick@gikkaslaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698

**ATTORNEYS FOR PLAINTIFF
VOIP-PAL.COM, INC.**

Respectfully submitted,

*/s/ Neil P. Sirota (with permission)*

Neil P. Sirota (admitted pro hac vice)
neil.sirota@bakerbotts.com
Joshua M. Friedman (admitted pro hac vice)
joshua.friedman@bakerbotts.com
BAKER BOTTS L.L.P
30 Rockefeller Plaza
New York, NY 10112-4498
Phone: (212) 408-2500
Fax: (212) 408-2501

Morgan Mayne
morgan.mayne@bakerbotts.com
State Bar No. 24084387
BAKER BOTTS L.L.P.
2001 Ross Ave Suite 900
Dallas, TX 75201
Tel.: (214) 953-6500
Fax: (214) 661-6500

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
AND SAMSUNG AUSTIN
SEMICONDUCTOR LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 21st day of June, 2023.

> By: */s/Lewis E. Hudnell, III*
> Lewis E. Hudnell, III
> lewis@hudnelllaw.com
> Hudnell Law Group P.C.
> 800 W. El Camino Real Suite 180
> Mountain View, California 94040
> T: 650.564.3698
> F: 347.772.3034